## KELLY v. GRAVES.

(Decided May 18, 1916.)

APPEAL from Houston Circuit Court.

Heard before Hon. M. SOLLIE.

B. F. REID, for appellant. E. H. HILL, for appellee.

THOMAS, J.—No error is found. Affirmed.

ANDERSON, C. J., MAYFIELD and SOMERVILLE, JJ., concur.

---

## McCRORY, ET AL. v. DONALD.

(Decided June 13, 1916.)

APPEAL from Choctaw Circuit Court.

Heard before Hon. THOMAS H. SMITH.

BEN F. ELMORE and W. F. HERBERT, for appellant. T. F. SEALE, and NEVILLE, STONE & CURRY, for appellee.

Per curiam. Appeal dismissed for want of prosecution. See also 192 Ala. 312, 68 South. 306.

---

## NORTON v. HOUSE.

(Decided June 30, 1916.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

HARVEY A. EMERSON, for appellant. S. W. TATE, for appellee.

Per curiam. Appeal dismissed by appellant.

---

## PRATER v. STATE.

(Decided June 1, 1916.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## SLOSS-SHEFFIELD S. & I. CO. v. MANSELL.

(Decided May 30, 1916.)

APPEAL from Franklin Circuit Court.

Heard before Hon. C. P. ALMON.

No counsel marked for either party.

Per curiam. Appeal dismissed.